# Exhibit A

## **AFFIDAVIT OF SERVICE**

### UNITED STATES DISTRICT COURT
Eastern Diatrict District of New York

Index Number: 1:19-CV-06336-LDH-RLM                                                        Date Filed: 11/12/2019

Plaintiff:
**Plaza Motors of Brooklyn, Inc., Plaza Automotive, LTD. d/b/a Plaza Kia, Crystal
Bay Imports, LTD. d/b/a Acura of Brooklyn and Plaza Oldsmobile, Ltd. d/b/a Plaza
Toyota**

vs.

Defendant:
**Orlando Rivera**

For:
Milman Labuda Law Group Pllc
3000 Marcus Avenue
Suite 3w8
Lake Success, NY 11042

Received by Nicoletti & Harris, Inc. to be served on **Orlando Rivera, 133 Fernwood Ter, Linden, NJ 07306**.

I, Marnie Suscreba, being duly sworn, depose and say that on the **23rd day of November, 2019 at 4:43 pm, I**:

**SUBSTITUTE** served by delivering a true copy of the **Summons in a Civil Case, Civil Cover Sheet, and Complaint** with
the date and hour of service endorsed thereon by me, to: **Georgino Rivera as Household Member/Son** at the address of:
**133 Fernwood Ter, Linden, NJ 07306**, the within named person's usual place of **Abode**, who resides therein, who is
fourteen (14) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 18, Sex: M, Race/Skin Color: Tan, Height: 5'8", Weight: 145, Hair: Black, Glasses: N

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in
the Return of Service and Statement of Service Fees is True and correct.

Subscribed and Sworn to before me on
12/5 2019 by the affiant who is personally known
to me

_____
NOTARY PUBLIC

GIANNA TRAVISANO
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES AUG. 21, 2023

Marnie Suscreba

Nicoletti & Harris, Inc.
101 Avenue Of The Americas
9th Fl
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2019018352
Ref: NA
Service Fee: _____

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1e