UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLAZA MOTORS OF BROOKLYN, INC., et al., <br><br> Plaintiffs, <br> v. <br><br> ORLANDO RIVERA, <br><br> Defendant. | **ORDER** <br><br> 19-CV-6336 (LDH)(RLM) |

LaSHANN DeARCY HALL, United States District Judge:

By order dated February 24, 2022, the Court directed Orlando Rivera ("Defendant") to show cause on April 7, 2022, at 2:00 p.m. in Courtroom 4H as to why he should not be held in civil contempt for failure to comply with court orders directing him to respond to subpoenas served on him by Plaza Oldsmobile, Ltd., Plaza Motors of Brooklyn, Inc., Crystal Bay Imports, Ltd., and Plaza Automotive, Ltd. ("Plaintiffs").

On April 7, 2022, Defendant failed to appear at the show cause hearing or otherwise contact the Court.

The Court, having conducted a de novo hearing at which it finds Defendant to be in contempt of Court, hereby orders that:

On or before April 21, 2022, Defendant shall respond in full to the subpoenas. In the event Defendant fails to respond in full to the subpoenas by April 21, 2022, Defendant shall pay Plaintiffs $100 for each week thereafter in which he remains noncompliant.

On or before May 9, 2022, Defendant shall certify to the Court, in writing, his full compliance with the subpoenas. In the event Defendant fails to do so, Plaintiffs shall be

permitted to move for Defendant's arrest to bring Defendant before the District Court to explain his continued non-compliance.

The Court vacates its prior order of February 24, 2022 to the extent it prematurely awarded attorney's fees. However, the Court now orders that Plaintiffs shall be awarded $4,350.00 in attorneys' fees and $477.95 in costs, as a compensatory sanction.

                                                  SO ORDERED.

Dated: Brooklyn, New York               /s/ LDH
       April 7, 2022                         L<small>A</small>SHANN D<small>E</small>ARCY HALL
                                           United States District Judge